# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Reginald M. Gilliam, aka Reginald Manvel Gilliam )<br>*Petitioner* )<br>v. )<br>Scott Lewis, Warden )<br>*Respondent* ) | Civil Action No.   4:19-cv-3129-RBH |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: This file is transferred to the Fourth Circuit Court of Appeals and this case is closed.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Chief Judge R. Bryan Harwell, United States District Judge who rejects the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.

Date:   January 9, 2019

*CLERK OF COURT*

s/Debbie Stokes

*Signature of Clerk or Deputy Clerk*